

FILED

FEB 2 3 2006

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
                    Plaintiff,  )
                                )
vs.                             ) Case No. S2-4:05CR00306 JCH
                                )
DAWN J. PYATT,                  )
                                )
                    Defendant.  )

## ORDER

IT IS HEREBY ORDERED that Pyatt's bond conditions be modified to include that she participate in the electronic monitoring program as directed by Pretrial Services and that she refrain from any use of alcohol.

So Ordered:

_____        2/23/06
The Honorable Thomas C. Mummert III     Date